**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 12a0933n.06

**Nos. 11-1422; 11-1423**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ROBERT MOORE, et al.,

     Plaintiffs-Appellants; Cross-Appellees,

v.

MENASHA CORPORATION.,

     Defendant-Appellee; Cross-Appellant.

                              /

> **FILED**
>
> *Aug 22, 2012*
>
> LEONARD GREEN, Clerk

ON APPEAL FROM THE UNITED
STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

BEFORE:    CLAY and KETHLEDGE, Circuit Judges; DOW, District Judge.[*]

**PER CURIAM.**  In this companion case to Case Nos. 10-2171; 10-2173, the parties cross-appeal a decision by the district court awarding attorney's fees and costs in the amount of $125,000 to Plaintiffs and $45,000 to Defendant in relation to Plaintiffs' action alleging that Defendant violated Section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185, and Section 502(a)(1)(B) of the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1132. *See Moore v. Menasha Corp.*, No. 1:08-cv-1167, 2011 WL 811150, at *1 (W.D. Mich. March 1, 2011).

In light of our opinion reversing the district court's judgment in Nos. 10-2171 and 10-2173, we also hereby **VACATE** the district court's determination of fees and costs in Nos. 11-1422 and 11-1423 and **REMAND** for further proceedings consistent with our disposition of Nos. 10-2171 and 10-2173.

---

[*]The Honorable Robert M. Dow, Jr., United States District Judge for the Northern District of Illinois, sitting by designation.